AO91 (Rev. 12/03) Criminal Complaint                                              AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**                    **CRIMINAL COMPLAINT**
vs.
                                                Case Number: 1:19-po-2136
Gilberto SANTANA-Herrera
A201 901 391  Cuba

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __April 10, 2019__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on April 10, 2019. The defendant is a citizen of Cuba who entered the United States illegally by swimming across the Rio Grande River near Brownsville, Texas on April 10, 2019 thus avoiding immigration inspection.

Defendant had $1 USD and $3,600 MXN Pesos in his possession at the time of arrest.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

/S/ Villarreal Iii, Ernesto  Border Patrol Agent
Signature of Complainant

Villarreal Iii, Ernesto   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

April 12, 2019                                   at   Brownsville, Texas
Date                                                  City/State

Ronald Morgan         U.S. Magistrate Judge
Name of Judge         Title of Judge              Signature of Judge